634

UNITED STATES of America,
Plaintiff—Appellee,

v.

Terry Dwight SANDERS, a/k/a Terry
Dwight Saunders, Defendant—
Appellant.

No. 11–6264.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 13, 2011.

Decided: Sept. 15, 2011.

Terry Dwight Sanders, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Dwight Sanders appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Sanders*, No. 1:99–cr–00044–WLO–1 (M.D.N.C. Feb. 9, 2011). We deny Sanders' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*